UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00276

**Randy K. Daniels,**
*Plaintiff,*

v.

**Rusk County Sheriff et al.,**
*Defendants.*

# ORDER

Plaintiff Randy K. Daniels., an inmate proceeding pro se and *in forma pauperis*, filed a civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On September 18, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to the plaintiff's failure to prosecute and to comply with the court's orders. Doc. 14. A copy of the report was mailed to the plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on December 14, 2023.*

J. CAMPBELL BARKER
United States District Judge